STATE OF NEW JERSEY v. GLENDON PENDER.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD J. MCGLYNN, JR.

January 17, 1984.

Petition for certification denied.

DR. LEO MINDEL v. TOWNSHIP OF FRANKLIN, BOARD OF ADJUSTMENT OF TOWNSHIP OF FRANKLIN.

January 17, 1984.

Petition for certification denied.

TIMBER LAKES COMMUNITY ASSOCIATION v. NICHOLAS A. LACOVARA, ESQUIRE.

January 17, 1984.

Petition for certification denied.